# CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*SB Power Tool Corporation*
Attn: CT Corporation Systems
208 South LaSalle Street
Chicago, IL 60604

M. Augustine
Mary E. Augustine (No. 4477)